02-11-393-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 


 
 
 Nasser Rezaee
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 David Littman, A.T.L., Inc., JulIE Lowry, Renee
 Stack, and Thomas Stack
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE 96th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant’s “Motion To Dismiss Appeal.” 
It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.  

 

DELIVERED:
 December 15, 2011









[1]See Tex. R. App. P. 47.4.